IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LAWRENCE N. HAGAN, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:08-CV-34 (CDL) |
| MUSCOGEE COUNTY PRISON, WILLIAM W. ADAMSON, Warden, and JOHN COBB, Work Detail Officer, | * |
| | * |
| Defendants. | * |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 15, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 20th day of October, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE